# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0188. TYNEQUIA HUNTER v. CHRIS JOHNSON et al.

After the magistrate court entered a writ of possession in favor of Chris and Linda Johnson, Tynequia Hunter filed in this Court the instant application for discretionary appeal. We lack jurisdiction because this matter has not been reviewed by the state or superior court.

As a general rule, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991); see OCGA § 15-10-41 (b) (2) ("No appeal shall lie from a default judgment . . . . Review . . . shall be by certiorari to the state court of that county or to the superior court of that county."). If a party is then aggrieved by the decision of the state or superior court, an application for discretionary appeal may be filed in this Court. See OCGA § 5-6-35 (a) (1), (11). However, this Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

Accordingly, we lack jurisdiction to consider Hunter's application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/09/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*